HESKETT, APPELLANT, *v.* OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES, APPELLEE.

[Cite as *Heskett v. Ohio Dept. of Adm. Servs.,*
114 Ohio St.3d 433, 2007-Ohio-4554.]

(Nos. 2006–1041 and 2006–1381—Submitted July 10, 2007—Decided September 19, 2007.)

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *Hughes v. Ohio Dept. of Commerce,* 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.

PFEIFER and O'DONNELL, JJ., dissent for the reasons stated in their respective separate opinions in *Hughes v. Ohio Dept. of Commerce,* 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246.

Daniel H. Klos, for appellant.

Marc Dann, Attorney General, Stephen P. Carney, Senior Deputy Solicitor, and James M. Evans, Assistant Attorney General, for appellee.